United States OF AMERICA
Appellee

James F Gorman IV
Appellant

2018 NOV 19 PM 2:45
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Case No. 18-1091

Response to Attorney's Motion

Now comes the Appellant, James Francis Gorman IV (Pro Se) and most respectfully alleges, sets forth and prays:

1. On November 6, 2018 this Appellant, James F Gorman IV henceforth identified as the Appellant, presented this Honorable Court a Pro-se motion requesting this Honorable Court to stay his appeal, assign him new counsel and to sanction the assigned attorney, Mari Carmen Almodovar-Diaz for failure to complete her duties in the best interests of her assigned client.

2. In the request, the Appellant made allegations regarding, but not limited to the attorney's work ethics, which include but are not limited to: not communicating with their client before filing motions or briefs, not returning calls or emails from both the Appellant and the Federal Public Defenders Office for the District of Puerto

Rico, and for failure to provide any evidence of trying to return messages or communications with either of the inquiring parties.

3. While there could be issues that could impinge on the "Attorney-Client" privilege, the undersigned must respectfully submit that there should be no Attorney-Client privilege when the client has never met the attorney, nor signed any documents or entered into any contracts where there could be any privilege to evoke. Furthermore, the Appellant respectfully requests that this Honorable Court disallows any request by Attorney Mari Carmen Almodovar-Diaz to seal any documents regarding any motions so that they may be reviewed by, but not limited to: The Bar Of Overseers, The Supreme Court for the Commonwealth of Puerto Rico, The Inspector General, and/or any other organizations who are attempting view this or any future or past motions or decisions.

4. In paragraph 5 of the Attorney's response to this Appellant's motion the Attorney alleges a "threat" of filing disciplinary action against the Attorney Mari Carmen Almodovar-Diaz, The Appellant respectfully must request that This Honorable Court not be misguided by the inaccurate description of events, and requests that this Honorable Court reminds Attorney Mari Carmen Almodovar-Diaz that it is the Appellants

right to form an opinion, as well as the Appellant right to request an investigation into malpractice not only with this Honorable Court, but with both the Supreme Court for the Territory of Puerto Rico as well as The Bar Of Overseers for the Commonwealth of Massachusetts to ensure that this situation hasn't happened in the past and to ensure the appellants rights are protected.

5. Furthermore, this Appellant respectfully requests that it orders Attorney to address him by his name, James Gorman or Mr. Gorman, not by Francis-Gorman as he does not to his knowledge possess two last names he actively uses. For the official record, the Appellants name as stated on his Social Security Card is James Francis Gorman IV, with Francis being a middle name that is not actively used.

6. The Counselor also alleges that in paragraph 6 of a "alleged Twin brother", the appellants response to this Honorable Court is that if Counsel had attempted and made any communication with their client prior to putting forth any motions or briefs, the attorney would have been aware of the Appellants family history, as well as other pertinent information.

7. The Appellant once again requests that this Honorable Court assigns a new attorney, one from the State of Massachusetts that he can meet with because he is a resident of Massachusetts.

8. The Appellant wishes to also inform this Honorable Court that one of the grounds the Appellant is seeking appeal is ineffective counsel, specifically that 3 of the 4 assigned counsels, over a ten month period failed to complete there job in the best interests of the appellant. The Appellant furthermore respectfully submits to this Honorable Court that these attorneys were not changed at the appellants request but because counsels were terminated by the Federal Public Defenders Office or did not appear in Court with the appellant.

9. This appellant respectfully requests that this Honorable Court opens a diligent, conscietious, and thorough investagation into the counsel, Ms. Mari Carmen Almodovar-Diaz practice while representing Appellants before this Honorable Court, and once again requests that she not recieve any compensation until that full investagation is completed. Furthermore, this Appellant requests that

this Honorable Court orders The Inspector General to investagate the allegations set forth by the appellant.

It is respectfully requested that this Honorable Court grants these requests set forth in this motion before this Honorable Court and concludes that a full investagation be conducted before any further proceedings go forward to protect this Appellants rights and so that this Honorable Court can contemplate any further actions.

Respectfully submitted to this Honorable Court on November 14, 2018.

*James F Gorman IV*
James F Gorman IV

Case: 18-1091   Document: 00117368296   Page: 6   Date Filed: 11/19/2018   Entry ID: 6214357

James Gorman (#14479104)
MDC Guaynabo
Metropolitan Detention Center
P.O. Box 2005
Cataño, Puerto Rico
00963

Legal Mail

Office of the Clerk
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, Ma. 02210

METROPOLITAN DETENTION CENTER
GUAYNABO, PR

11/15/18
Date

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.

Warden