United States Court of Appeals
For the First Circuit
Case No. 18-1091

Motion to Appeal

2018 DEC 17 PM 3:30
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Now comes Appellant James F. Gorman, Pro Se who Alleges, Sets forth and Prays:

I have sent in a number of motions in regards to my case. Here are the facts and my reasons for asking for a appeal.

1. I was arrested on December 28 2016 in FT Pierce Florida, yet was not arraigned or charged for over 40 days. When I requested to dismiss my lawyer told me "he didn't do that". I put forth that I was past the amount of time the Government had to charge me.

2. I told the lawyer that I was out at sea in Federal or International waters and never resided in Puerto Rico for more that 2 days. I also I had informed him that I did go and register, I was told that if I was residing in Puerto Rico to let him know, but because I was only here to make a fishing trip from a Port in

Puerto Rico, and I had informed the SORB in Massachusetts of my temporary location, of which I showed the the proof of letting both the SORB in Puerto Rico and in Salem Massachusetts, as I have always done whenever I have to go out of state to work, as a fisherman I am sent to several different sectors in the Atlantic Ocean. The day I arrived (September 22 2016) there was a major power outage and I contented I believed that it was the fault of the PRPD who are not known for there work ethic, who failed to follow up with me. How can I register or follow up when I am in the middle of the ocean. The lawyer, Geovanni Canino (who was later terminated by the USPD) said he would send a investagor to verify my story, cause I had given him my Uber receipt from when I had gone there.

3. The same lawyer pressured and tricked me into signing a plea saying if I tried to request a trial I would wait longer than the 15 to 21 months the Goverment was recomending. Furthermore

3

he told I was going to receive 1 to 3 years of supervised release, not the ten years I was given.

4. On the same day I requested a change of plea I was brutally assaulted by a U.S. Marshall who busted my head open while I was in chains and cuffs while saying "fucking Jew". I believe he was terminated maybe, but I believe he no longer works in Puerto Rico. I requested my lawyer to file a hardship motion based on not only that incident but because I am a Jewish American who was being given expired, rotten, or moldy food on a daily basis. This is a problem I am still dealing with and live off of bread and fruit.

5. I didn't see my presentence report until 24 hours before my sentence, and a good 30 percent of the report was incorrect.

6. I wanted to have my sentencing date moved a couple

④

weeks so the report corrected, the lawyer refused and I was sentenced based on incorrect information.

7. In the Grand Jury testimony, the Agent from HS said I had a warrant for Failure to register in Chicago Illinois. I am a resident of Massachusetts and was registered according to the requirements. So either he gave false testimony or something isn't right in my NCIC

8. I am a resident of Massachusetts yet was sent back to Puerto Rico where I was put in a halfway-house with no power, no water, and no kosher food. Also I didn't have any clothes or ID.

9. The appeals lawyer who was assigned to me never responded to me and I called the public defenders office trying to contact her. She never got back to either of us. How can someone I never met help me appeal.

Finally, I am asking this Honorable Court to please review this case, to allow me to be assigned new counsel so I may prove what I have alleged.

Sincerely

James Gorman
December 5 2018

Notice to Court/Informative Motion Re Case No. 18-2160

1. The Appellant is currently awaiting transport to his destination prison.

2. He is to be moved this week disallowing him a chance to comply with the case opening notice issued November 26, 2018 because the unit where he is being housed does not have a printer that the Apellant can use, thus preventing him from turning in forms by December 10, 2018.

3. The Apellant as of December 6, 2018 will be in transit until he arrives at his prison destination, which he believes is Otisville Med in Orange NY.

4. The Apellant requests that a extention of 60 days be granted to prepare forms and motions for this Honorable Court

Sincerly

James Gorman

December 5, 2018

Motion to Appeal

The Apellant also wishes to appeal the decision of this Honorable Court of it's denial to stay the appeal and assign new counsel

Sincerly

December 5, 2018

James Gorman 14479-104
Reg. No 14479-104
MDC GUA
Metropolitan Detention Center
Po Box 2005
Catano, PR 00963

Legal Mail

John Joseph Moakley
United States Courthouse
Court of Appeals
Clerk of Court
One Courthouse Way
Boston MA 02210

METROPOLITAN DETENTION CENTER
GUAYNABO, PR

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date
Warden