IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Appellee<br><br>Vs.<br><br>JAMES FRANCIS GORMAN<br>Appellant | CASE NO.: 18-1091 |

RENEWED REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL ON APPEAL
PURSUANT TO FED. R. APP. LOCAL RULE 46.6

TO THE HONORABLE COURT:

NOW COMES APPELLANT JAMES FRANCIS GORMAN through the undersigned attorney and most respectfully Alleges, Sets Forth and Prays:

1. On October 20, 2018, the undersigned attorney requested this Honorable Court, Leave to Withdraw at Appellant's attorney of Record.

2. At the time the Request for Leave to Withdraw as Attorney for Record was filed, the undersigned attorney had filed an "Anders Brief" and the Appendix and was in full compliance with Federal Rule 46.6 of the Federal Rules of Appellate Procedure.

3. On January 29, 2019, Mr. Gorman requested that counsel Christine DeMaso, the attorney appointed to provide him with legal representation in a second Appeal before this Court (Case No. 18-2160) be also appointed to continue with his legal representation in this case.  The Court has yet to rule on Mr. Gorman's request.

4. The appointment of counsel DeMaso ensures both, the continuity in Mr. Gorman's legal representation in the instant Appeal and that the resolution of this case is not further delayed or blurred by Mr. Gorman's expressed counsel preference.

5. For the above stated reasons, the undersigned attorney most respectfully requests that this Honorable Court grant the undersigned's request to Withdraw as attorney of record on behalf of M. James Francis-Gorman.

WHEREFORE, it is respectfully requested that this Honorable Court grant the instant Request for Leave to Withdraw as Counsel pursuant to Fed. R. App. Local Rule 46.6

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that this document has been automatically notified by the Clerk to Christine DeMaso, Esq. and defendant's counsel of record through the CM/ECF system. and to Appellant James Francis-Gorman by certified mail to FCI Otisville, Federal Correctional Institution, P.O. Box 1000, Otisville, N.Y. 10963.

In San Juan, Puerto Rico this 11th day of March 2019.

*S/Maricarmen Almodovar-Diaz*
Maricarmen Almodovar-Diaz, Esq.
U.S.C.A. No.: 5970
U.S.D.C.-P.R. No.: 204406
P.O. Box 363871
San Juan, Puerto Rico 00936-3871
Tel.: (787) 233-3306
malmodovarlaw@gmail.com

CERTIFICATE OF SERVICE

I HERREBY CERTIFY that on this date I electronically filed the foregoing to the Clerk of the

Court using CM/ECF system which will send notification of such filing to AUSA Elba Gorbea

Padró, Torre Chardón, Suite 1201, 350 Chardón Avenue, Hato Rey, Puerto Rico, 00918. I further

certify that on this date I sent the foregoing document by certified mail to the following non-

CM/ECF participant: James Francis-Gorman, Registration No. 14479-104, MDC Guaynabo,

Metropolitan Detention Center, P.O. Box 2005, Cataño, Puerto Rico 00963.

*S/Maricarmen Almodovar-Diaz*
Maricarmen Almodovar-Diaz, Esq.
U.S.C.A. No.: 5970
U.S.D.C.-P.R. No.: 204406
P.O. Box 363871
San Juan, Puerto Rico 00936-3871
Tel.: (787) 233-3306
malmodovarlaw@gmail.com